FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SAMUEL JEREMY GUINN,

    Petitioner,

v.                                     Case No. 3:12-cv-1112-J-20JBT

RICHARD WILLIAM SPIVEY, et al.,

    Respondents.

---

**ORDER**

Petitioner initiated this action by filing a Petition for Writ of Habeas Corpus (Doc. #1) (hereinafter Petition) pursuant to 28 U.S.C. § 2254 on October 5, 2012. Upon review, it is clear that Petitioner has an action pending in state court concerning the challenged conviction.[1] Moreover, Petitioner admits that he never attempted to exhaust his state court remedies with respect to grounds three and four. See Petition at 9-12.

---

[1] In ground two, Petitioner raises an ineffective assistance of counsel claim. He asserts that he raised this claim in state court in a motion for post-conviction relief, which was denied on September 5, 2012. See Petition at 7. He states that he appealed this decision. Id. He also asserts that there is an action currently pending in state court concerning the challenged conviction. Id. at 13. A docket search on the website of the First District Court of Appeal reveals that Petitioner filed an appeal from the denial of a motion for post-conviction relief in that court (Case No. 1D12-4437) on September 14, 2012, and that appeal is currently pending. See http://199.242.69.70/pls/ds/ds_docket_search.

In recognition of the nature of comity between the national and state sovereignties in our federal system, this Court should give the state court an opportunity to rule on Petitioner's claims. Thus, this case will be dismissed without prejudice to give Petitioner the opportunity to complete his action in state court and to fully exhaust his state court remedies. See Rose v. Lundy, 455 U.S. 509 (1982); see also 28 U.S.C. § 2254(b)(1)(A).

Accordingly, it is now

**ORDERED:**

1. This case is dismissed without prejudice.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this \_\_\_\_\_ day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

ps 10/17
c:
Samuel Jeremy Guinn